**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CRYSTAL N. FINNIE**                                                                 **PLAINTIFF**

**v.**                                                                                          **NO.: 1:10cv64-A-S**

**LEE COUNTY, MISSISSIPPI and
JIM H. JOHNSON, SHERIFF
OF LEE COUNTY, MISSISSIPPI,
In His Official Capacity**                                                             **DEFENDANTS**


<u>**ORDER**</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that

Defendants' Motions for Summary Judgment [59, 67, 70] are granted in part and denied in part. Defendants' motions are granted with respect to Plaintiff's First Amendment free speech and free exercise claims. The motions are further granted with respect to Plaintiff's Title VII gender and religious discrimination claims. The motions are denied, however, as to Plaintiff's VII retaliation claim.


SO ORDERED, this the <u>17th</u> day of January, 2012.

                                        **/s/ Sharion Aycock_____
                                        UNITED STATES DISTRICT JUDGE**